# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   TIMOTHY A WILLIAMS            §
                                       §   Case No.: 09-41882
                                       §
                                       §
         Debtor(s)                     §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/04/2009.

2) This case was confirmed on 01/21/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/21/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/28/2011.

6) Number of months from filing to the last payment: 18

7) Number of months case was pending: 19

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    9,674.01

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 24,893.36 |
| Less amount refunded to debtor | $ 465.15 |
| **NET RECEIPTS** | $ 24,428.21 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,274.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,462.37 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,736.37 |
| Attorney fees paid and disclosed by debtor | $ 1,226.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BAYVIEW LOAN SERVICI | SECURED | 120,000.00 | .00 | .00 | .00 | .00 |
| BAYVIEW LOAN SERVICI | UNSECURED | 21,716.00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 7,933.00 | 5,452.17 | 5,452.17 | 3,107.96 | 286.92 |
| GREEN TREE SERVICING | SECURED | 94,940.00 | 93,978.70 | .00 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | NA | 2,070.19 | 596.60 | 596.60 | .00 |
| BAYVIEW LOAN SERVICI | SECURED | 320,000.00 | 335,481.58 | .00 | .00 | .00 |
| BAYVIEW LOAN SERVICI | UNSECURED | 2,301.67 | NA | NA | .00 | .00 |
| BAYVIEW LOAN SERVICI | SECURED | NA | 12,624.91 | 12,624.91 | 10,852.36 | .00 |
| SPECIALIZED LOAN SER | SECURED | 70,000.00 | .00 | .00 | .00 | .00 |
| SPECIALIZED LOAN SER | UNSECURED | 1,752.12 | NA | NA | .00 | .00 |
| US BANK NA | SECURED | 7,057.00 | 6,230.24 | 6,230.24 | 5,508.00 | .00 |
| WELLS FARGO BANK NA | SECURED | 76,011.00 | 74,143.07 | .00 | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | .00 | 2,048.85 | .00 | .00 | .00 |
| ROOMPLACE | SECURED | 1,200.00 | .00 | 1,200.00 | 340.00 | .00 |
| ROOMPLACE | UNSECURED | 3,383.00 | NA | NA | .00 | .00 |
| DENISE WILLIAMS | OTHER | .00 | NA | NA | .00 | .00 |
| AURORA LOAN SERVICES | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANKUNITED FSB | UNSECURED | .00 | NA | NA | .00 | .00 |
| BAY VIEW BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| BRICE VANDER LINDEN | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 41,053.00 | 41,053.56 | 41,053.56 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHASE BANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | .00 | 34,642.53 | 34,642.53 | .00 | .00 |
| CITI CARDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 18,131.00 | 18,131.24 | 18,131.24 | .00 | .00 |
| EMERGENCY MEDICAL AS | UNSECURED | 638.00 | NA | NA | .00 | .00 |
| FIRST USA BANK NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST USA BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST USA BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/DISCOUNT TIRES | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC CARSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC HARLM | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/RS | UNSECURED | .00 | NA | NA | .00 | .00 |
| JPMC NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| KOHLS DEPT ST | UNSECURED | .00 | NA | NA | .00 | .00 |
| EVERGREEN LEGAL SERV | UNSECURED | 4,500.00 | NA | NA | .00 | .00 |
| NATIONSTAR MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| MUTUAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| MUTUAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| NGBL CARSONS | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 376.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| NISSAN MOTOR ACCEPTA | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES CHOICE HOME | UNSECURED | .00 | NA | NA | .00 | .00 |
| PROTECTION ONE | UNSECURED | 414.00 | 414.00 | 414.00 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 485.78 | .00 | .00 | .00 |
| SEARS/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SER | UNSECURED | .00 | NA | NA | .00 | .00 |
| SHERRY R FAULKNER | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| SOUTH SHORE MEDICAL | UNSECURED | 461.07 | NA | NA | .00 | .00 |
| SOUTH SHORE UNCOLOGY | UNSECURED | 134.96 | NA | NA | .00 | .00 |
| SPECIALIZED LOAN SER | UNSECURED | .00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| TRAVELERS INC | UNSECURED | 1,282.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF ST FRA | UNSECURED | 803.76 | NA | NA | .00 | .00 |
| UNVL CITI | UNSECURED | 33,057.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 25,894.00 | 26,394.66 | 26,394.66 | .00 | .00 |
| WALTON DAVIS | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL HO | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFFRS/BAY FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| DENISE WILLIAMS | OTHER | .00 | NA | NA | .00 | .00 |
| GREEN TREE SERVICING | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| NATIONSTAR MORTGAGE | SECURED | NA | 182,541.44 | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE | SECURED | NA | 4,517.45 | .00 | .00 | .00 |
| ALEXANDER DAVIS | OTHER | .00 | NA | NA | .00 | .00 |
| BRIAN TURNER | OTHER | .00 | NA | NA | .00 | .00 |
| DANIEL BRIGGS | OTHER | .00 | NA | NA | .00 | .00 |
| IRIS IVY | OTHER | .00 | NA | NA | .00 | .00 |
| JAMES HOOD | OTHER | .00 | NA | NA | .00 | .00 |
| LAQUITA RAWLS | OTHER | .00 | NA | NA | .00 | .00 |
| LAVIDA ARMSTRONG | OTHER | .00 | NA | NA | .00 | .00 |
| LESTER HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| SAPPHIRE ROBINSON | OTHER | .00 | NA | NA | .00 | .00 |
| SHANNA DURDON | OTHER | .00 | NA | NA | .00 | .00 |
| TIESHA WILLIAMS | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | .00 | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 13,221.51 | 11,448.96 | .00 |
| Debt Secured by Vehicle | 11,682.41 | 8,615.96 | 286.92 |
| All Other Secured | 1,200.00 | 340.00 | .00 |
| **TOTAL SECURED:** | 26,103.92 | 20,404.92 | 286.92 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 120,635.99 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,736.37 |
| Disbursements to Creditors | $ | 20,691.84 |
| **TOTAL DISBURSEMENTS:** | $ | 24,428.21 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/08/2011                     /s/ Tom Vaughn
                                      Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**